HUMBLE OIL & REFINING CO. ET AL. *v.* MALE,
COMMISSIONER, DEPARTMENT OF LABOR
& INDUSTRY, NEW JERSEY.

No. 326.   Decided October 21, 1963.

*T. Girard Wharton* and *John W. Fritz* for appellants.

*Arthur J. Sills,* Attorney General of New Jersey, and
*Theodore I. Botter,* First Assistant Attorney General, for
appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is
dismissed for want of a substantial federal question.

DAVIS ET AL. *v.* CITY OF BOWLING GREEN,
KENTUCKY, ET AL.

No. 331.   Decided October 21, 1963.

*Albert O. Scafuro* for appellants.

*Squire R. Ogden* for appellees.

PER CURIAM.

The motion to affirm is granted and the judgment is
affirmed.